**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | No. CR18-08246-PCT-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Martin Gerardo Mendoza, | |
| Defendant. | |

The Defendant in this case, Martin Gerardo Mendoza, is currently serving a prison sentence for abusive sexual contact.  He has written a letter to the acting Clerk of this Court asserting that this criminal case either has or shortly will be "offered to the financial market as part of a securitized document package whereupon significant investment income is generated." Doc. 113.  He asks for various items of information related to this alleged use of his case for financial purposes.  His letter has been docketed as a motion.

As far as this Court is aware, this criminal case is not being offered to anyone as a securitized document package or as an investment of any kind.  Nor can the Court conceive of how this criminal proceeding could have financial value to anyone as an investment vehicle.  The Court suggests that Defendant is operating on the basis of incorrect information, and will deny his request (Doc. 113).

Dated this 9th day of June, 2020.

David G. Campbell
Senior United States District Judge